WO



FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 3 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Alberto Jimenez-Cortez, ) <br> ) <br> Defendants. ) <br> ) | No. 07-1795M <br><br> O R D E R |

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3144, Rules 15(a) and 46(h), F.R.Cr.P. and General Order No. 98-44 of the United States District Court for the District of Arizona, that the depositions of the following material witness(es) will be taken by video tape on  April 4, 2007 at 9:30 a.m.  , unless an objection is raised by a party, and after a Rule 15 hearing, the Court vacates this Order and either postpones or denies the taking of deposition(s):   Eliseo Lopez-Cardona and Juan Manuel Lopez-Cardona

Counsel for the parties--plaintiff, defendant(s) and material witness(es)--and defendant(s)  shall be present at the above time.

The United States Attorney shall advise the defendant(s) in writing, prior to the time set for the depositions, of any additional charges the Government intends to bring against the defendant (s)arising out of the same set circumstances alleged in the complaint.

The date(s) and place(s) where the offense(s) occurred as well as the name(s) of any undocumented alien(s) to be named as the person(s) transported, induced to enter the country, harbored, etc. shall be provided.

    IT IS FURTHER ORDERED that the United States shall comply with its discovery obligations pursuant to Rule 15(e)(3), F.R.Cr.P., by making available to the defendant "...any statement of the witness being deposed...."

    IT IS FURTHER ORDERED that the U.S. Marshal arrange for defendant(s) who are in custody to appear at the disposition hearing.

    IT IS FINALLY ORDERED that pursuant to General Order No. 98-44 that all counsel and defendant(s) shall physically appear at the aforesaid video deposition(s) and any court proceeding immediately following the video deposition(s) of the material witness(es) to show cause why the material witness(es) should not be immediately discharged and/or released from the custody of the U.S. Marshal and be delivered to the custody of the Bureau of Immigration and Customs Enforcement.

DATED this 3rd day of Apirl, 2007.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge